**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**HEIMO RIEDEL,**

    *Plaintiff*,

                              Civil Action No. 1:22-CV-155
                              (Kleeh)

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS,**

    *Defendant.*

**NOTICE OF RESCHEDULED MEDIATION**

PLEASE TAKE NOTICE that the mediation originally scheduled for March 14, 2024 has been **RESCHEDULED** for **Friday, March 29, 2024, beginning at 10:00 a.m**., at Grunau Law Offices PLLC, located at 244 Pleasant Street, Morgantown, West Virginia, 26505. Stephen J. Dalesio, Esquire will serve as mediator.

Dated this 26th day of February 2024.

                                            Respectfully Submitted,
                                            Plaintiff,
                                            By Counsel,

                                            /s/ David M. Grunau
                                            David Grunau, Esq.
                                            WV State Bar ID # 9197
                                            244 Pleasant Street
                                            Morgantown, WV 26505
                                            (304) 291-6166 Telephone
                                            (304) 291-6266 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**HEIMO RIEDEL,**

    *Plaintiff*,

                                                                        Civil Action No. 1:22-CV-155
                                                                         (Kleeh)

**WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS,**

    *Defendant*.

## CERTIFICATE OF SERVICE

    I, David M. Grunau, Counsel for the Plaintiff, hereby certify that on the 26th day of February 2024 I served the foregoing *Notice of Rescheduled Mediation* via electronic service and via facsimile as follows:

    Julie Moore, Esq.
    Bowles Rice LLP
    University Town Center
    125 Granville Square
    Morgantown, WV 26501
    Fax: 304-347-1746

                                                /s/ David M. Grunau
                                               David M. Grunau, Esq.
                                               **Counsel for Plaintiff**
                                               244 Pleasant Street
                                               Morgantown, West Virginia 26505
                                               304-291-6166 Telephone
                                               304-291-6266 Facsimile
                                               grunaulaw@gmail.com