IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**HEIMO RIEDEL,**

    **Plaintiff,**

    v.                                    **CIVIL NO. 1:22-CV-155**
                                                           **(KLEEH)**

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS and**
**MICHAEL SCHALLER,**

    **Defendants.**

### ORDER SCHEDULING MOTION HEARING

Pending before the Court is *Defendants' Motion to Enforce Settlement* [ECF No. 50]. The Court **SCHEDULES** a hearing to take up the motion on **February 13, 2025,** at **12:30 p.m.,** at the **Clarksburg**, West Virginia, point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order by email to counsel of record and by certified mail, return receipt requested, to the Plaintiff at his personal address, as reflected on the docket.

DATED: December 4, 2024

                                                                            THOMAS S. KLEEH, CHIEF JUDGE
                                                                            NORTHERN DISTRICT OF WEST VIRGINIA