```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

HEIMO RIEDEL,

    Plaintiff,

v.                           Civ. Action No. 1:22-CV-155
                                         (Judge Kleeh)

WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS,
for and on behalf of West Virginia University,
and MICHAEL SCHALLER, PH.D., individually,

    Defendants.

## ORDER

Counsel for Plaintiff is **DIRECTED** to file a response to *Defendants' Motion to Enforce Settlement* [ECF No. 50] on or before **February 7, 2025.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: February 4, 2025

                                      /s/ Tom S. Kleeh
                                  THOMAS S. KLEEH, CHIEF JUDGE
                                  NORTHERN DISTRICT OF WEST VIRGINIA