Case 1:22-cv-00155-TSK   Document 72   Filed 03/06/25   Page 1 of 4 PageID #: 961

6-Mar-2025  13:35   From Heimo Riedel. Phone #3045814840          FaxZero.com                  p.2

FILED

MAR 0 6 2025

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# IN THE UNITED STATES DISTRICT COURTFOR THE NORTHERN DISTRICT OF WEST VIRGINIA, CLARKSBURG
## HEIMO RIEDEL, Plaintiff,
v. Civ. Action No. 1:22-CV-155, (Judge Kleeh)
### WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS,
for and on behalf of West Virginia University,
and MICHAEL SCHALLER, PH.D., individually, Defendants

## PLAINTIFF'S REQUEST TO EXPLAIN HIS RESPONSE TO THE COURT ORDER PRO SE AT THE UPCOMING HEARING

Plaintiff is in the difficult position that his lawyer has a **conflict of interest and typically does not represent plaintiff's position and acts as a representative in name only.** Plaintiff realized this only gradually over the course of the litigation starting when his counsel failed to obtain the requested discovery from defendant, failed to depose the key decision makers of plaintiff's wrongful termination as well as plaintiff himself and systematically misinformed, misled and misrepresented plaintiff starting with the mandatory mediation.

Plaintiff had begun to bring this to the attention of the Court in two letters starting in October 2024 (ECF 49, 51) and subsequently also to the WV lawyer disciplinary board. The counsel completely broke off contact to plaintiff at that time, as well as for many days before and after the hearing of February 13th, 2025 and again currently prior to the upcoming hearing.

To be continued   2.   1

**1**

Case 1:22-cv-00155-TSK    Document 72    Filed 03/06/25    Page 3 of 4 PageID #: 963

6-Mar-2025  13:36    From Heimo Riedel. Phone #3045814840        FaxZero.com           p.3

Importantly, the **counsel fundamentally contradicted plaintiff's position even in the derogatory terms in two responses(ECF 56, 59)prior to the hearing of February 13th, 2025 and at the hearing itself** (without presenting evidence) and subsequently forced plaintiff to take steps in his own hand to timely comply with the court order.

Counsel's recent response to the court (ECF 69) also appears at least in part written to damage plaintiff's position.

As a result **plaintiff respectfully asks the court rather than to rely on the representation of his counsel, for the opportunity to explain his approach and his reasoning himself at the upcoming hearing on March 7th, 2025.**

Plaintiff's surely appreciates the swift response of the court to schedule a hearing without delay.

I hereby certify that I have submitted this document on March 6, 2025 by facsimiletransmission (304-623-4551)to the United States District Court,500 West Pike Street, Room 301, Clarksburg, WV 26301.

Heimo Riedel, PhD, Plaintiff
760 Northwest Dr.,
Morgantown, WV 26505
hriedel00@gmail.com, Telephone 304-581-4840

To be continued   3.   1

2