```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**HEIMO RIEDEL,**

    **Plaintiff,**

v.                              Civ. Action No. 1:22-CV-155
                                                       (Judge Kleeh)

**WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS,**
**for and on behalf of West Virginia University,**
**and MICHAEL SCHALLER, PH.D., individually,**

    **Defendants.**

## ORDER OF DISMISSAL

    This case has been compromised and settled. For reasons discussed on the record, the motion to hold Plaintiff in civil contempt is **DENIED AS MOOT** [ECF No. 67]. It is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

    The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

    It is so **ORDERED**.

    The Court **DIRECTS** the Clerk to **TERMINATE** any other pending motions and to send a copy of this Order to counsel of record and any unrepresented party.

    DATED: March 7, 2025

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA