## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**HEIMO RIEDEL,**

    *Plaintiff*,

                                                     **Civil Action No. 1:22-CV-155**
                                                   **(Kleeh)**

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS, and**

**MICHAEL SCHALLER,**

    *Defendants*.

## ORDER DISMISSING DEFENDANT MICHAEL SCHALLER WITH PREJUDICE UNDER FED.R.CIV.P. 41 (A)(2)

On this day came the Plaintiff, Heimo Riedel, by his counsel David M. Grunau, and with the consent of Defendant Michael Schaller, through his counsel Mario Bordogna, to request that, pursuant to Federal Rule of Civil Procedure 41 (a)(2) all of the Plaintiff's claims against Defendant Schaller be dismissed *with prejudice*, thus also dismissing Schaller as a Defendant in this lawsuit. Defendant West Virginia University Board of Governors, also via its counsel of record, advises that it does not object to the dismissal of Defendant Schaller.

ACCORDINGLY, there being no objection by any party, it is hereby ORDERED that all claims against Michael Schaller are DISMISSED *with prejudice*.

It is further ORDERED that Michael Schaller is hereby DISMISSED as a Defendant in this lawsuit.  By virtue of the agreement of the parties, it is also ORDERED that a separate Dismissal Order pertaining to Defendant WVU Board of Governors shall also be submitted for entry by the Court without delay.

It is so ORDERED.

Entered this_____ day of _____, 2025

The Clerk is directed to transmit copies of this Order to counsel of record by email and to Plaintiff Riedel by certified mail, return receipt requested.

_____
**THOMAS S. KLEEH, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

Order Prepared by:

*/S/  David Grunau*
_____
David M. Grunau
Counsel for the Plaintiff

Order Approved by:

*/S/   Mario Bordogna*
_____
Mario Bordogna
Counsel for Michael Schaller

2